No. 11–6284. PORTO v. CITY OF LAGUNA BEACH, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–6296. OCCHIONE v. BABBITT, ADMINISTRATOR, FEDERAL AVIATION ADMINISTRATION. C. A. 4th Cir. Certiorari denied.

No. 11–6312. AMERSON v. CITY OF DES MOINES, IOWA. Ct. App. Iowa. Certiorari denied.

No. 11–6326. DAVIS v. LAFLER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–6327. DUBOIS v. MAINE. Sup. Jud. Ct. Me. Certiorari denied.

No. 11–6328. CUNNINGHAM v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–6331. THORNTON v. CALIFORNIA. Ct. App. Cal., 4th App. Dist., Div. 1. Certiorari denied.

No. 11–6340. SKAMFER v. POLLARD, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 11–6342. PUTNEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–6348. WILLIAMS v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 11–6361. HATFIELD v. UNITED STATES; and
No. 11–6607. HATFIELD v. UNITED STATES. C. A. 7th Cir. Certiorari denied. Reported below: 423 Fed. Appx. 648.

No. 11–6363. GREER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–6373. HUDSON v. LAFLER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–6381. WEBSTER v. SHINSEKI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.